LAW OFFICES OF

# JEFFREY LICHTMAN

750 LEXINGTON AVENUE

15TH FLOOR

NEW YORK, NEW YORK 10022

www.Jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

PH: (212) 581-1001

FX: (212) 581-4999

January 8, 2015

**BY ECF & FEDERAL EXPRESS**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Lichterman</u>, 15 CR 302 (JGK)

Dear Judge Koeltl:

A.    **INTRODUCTION**

This letter is submitted on behalf of defendant Don Lichterman in anticipation of his January 22, 2016 sentencing. With this letter, the defendant respectfully requests a variance from the estimated guidelines range to a non-custodial sentence, which is simply "sufficient, but not greater than necessary to comply with the purposes" set forth in 18 U.S.C. § 3553(a)(2) due, in part, to the "nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The basis for this request is as follows: ███████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████████████ *Lastly*, a review of the defendant's life finds that there are many good deeds and the prospects for his rehabilitation, ████████████████ ████████, are very good.

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 2

## B.    THE DEFENDANT'S GUILTY PLEA
## AND RESULTING GUIDELINES RANGE

On July 13, 2015, Mr. Lichterman pleaded guilty pursuant to a plea agreement to Count One of a one count Information which charged him with Forging a Court Seal, in violation of 18 U.S.C. § 505. See July 13, 2015 Plea Agreement ("Plea Agreement") at p. 1. Mr. Lichterman faces no statutory minimum and a maximum term of imprisonment of five years. Id.

As recounted in the Presentence Investigation Report ("PSR"), U.S.S.G. § 2J1.2 applies to Count One of the Information, and provides for a base offense level of 14. With no adjustments and two levels subtracted for acceptance of responsibility (§ 3E1.1), the total combined offense level is 12, carrying an advisory sentencing range in the Criminal History Category I of 10-16 months imprisonment. PSR at ¶¶ 17-25, 34, 74. Alternatively, because the defendant's total offense level falls within "Zone C" of the Sentencing Table, he may be sentenced to a term of community confinement or home detention, provided that at least one half of the minimum term specified in the guideline range is satisfied by imprisonment. Id. at ¶ 74; U.S.S.G. § 5C1.1.

## C.    OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The defendant filed objections to the PSR on September 22, 2015, however, the following issues remain and should be addressed by the Court:

PSR at ¶¶ 27-28: Mr. Lichterman's 1994 conviction for driving under the influence of alcohol was vacated on October 15, 2015 by Judge Leslie E. Brown of the Los Angeles Superior Court. See October 15, 2015 Order for Dismissal, Case No. LAW93W06143-01, attached as Exhibit 1.

PSR at ¶¶ 31-32: Mr. Lichterman's 2003 conviction for battery was vacated on October 15, 2015 by Judge Tim Saito of the Los Angeles Superior Court. See October 15, 2015 Order for Dismissal, Case No. BUR3BU01698-01, attached as Exhibit 2.

PSR at ¶ 69: the PSR indicates that Mr. Lichterman's now defunct S2 Entertainment Corporation reported a "gross profit or total income of $31,698,000" on its 2012 1120S tax form. This is erroneous – the form indicates that the total income for the corporation in 2012 was only $31,698.00. See 2012 S2 Entertainment Form 1120S at p. 1, attached as Exhibit 3.

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 3

### D.    THE DEFENDANT'S BACKGROUND
AND THE NATURE OF THE OFFENSE –
APPLICATION OF § 3553(a) FACTORS

Since the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), the Sentencing Guidelines have been rendered advisory in nature, leaving sentences to the district court's discretion, guided by the Guidelines and the other factors contained within 18 U.S.C. § 3553(a) and bounded by any applicable statutory minimum and maximum.  This Section directs sentencing courts to "impose a sentence" that is "sufficient, but not greater than necessary, to comply with" the "need for the sentence ... to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; [and] to protect the public from further crimes of the defendant ...." 18 U.S.C. §3553(a)(1)-(2) (emphasis supplied).  In making this determination, courts are to consider "the nature and circumstances of the offense and the history and characteristics of the defendant ...." 18 U.S.C. § 3553(a)(1).  With these aims in mind, we submit the following for the Court's consideration.



JEFFREY LICHTMAN
Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 4



JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 5



JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 6



ii.

JEFFREY LICHTMAN
Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 7



### iii.    The History and Characteristics of the Defendant

We have attached over 25 character letters in support of this submission, reflecting the significant and meaningful role that Mr. Lichterman has played in the lives of friends, family members and colleagues. ███████████████████████████████████████

███████████████████████ It would be impossible to include a letter from every individual whom Mr. Lichterman has positively influenced, still, the myriad letters on which we remark paint a consistent picture of an "extremely altruistic," (August 26, 2015 Letter of Michele Husak, attached as Exhibit 9) and "giving man," (October 13, 2015 Letter of Melody Grewal, attached as Exhibit 10) who has had a "positive impact," on the lives of others. August 24, 2015 Letter of Christopher Stewart, attached as Exhibit 11. Additionally, as discussed in many of the submitted letters, Mr. Lichterman is an extraordinarily dedicated animal rights activist who "fights every day for the sake of ... wildlife ...." September 13, 2015 Letter of Mark Liachowitz, attached as Exhibit 12; see also August 25, 2015 Letter of Sharon Lewis, attached as Exhibit 13 ("cares more about ... animal welfare than he cares about his own life"). Sadly, were it not for this sentencing, many of Mr. Lichterman's exceptionally good deeds probably would have gone unrecognized.

<u>A Helpful and Dependable Friend</u>

First, perhaps more than any of his other positive attributes, the attached letters reveal Mr. Lichterman's unflagging dependability and helpfulness to friends and others. George Yatrakis begins:

> I have never seen anyone do more for others than Mr. Lichterman does and has done since I met him almost eight years ago. He has done me ... countless favors that run the gamut from him taking care of my kids, to running errands for them, to picking me up from the airport many times ... [and] to making my websites on many occasions (without ever asking for any fee) ... *if there is a*

JEFFREY LICHTMAN
  Hon. John G. Koeltl
  United States District Judge
  January 8, 2015
  Page 8

> *person that I would go to for anything at all, Mr. Lichterman is*
> *always at the top of my list.*

August 20, 2015 Letter of George Yatrakis, attached as Exhibit 14 (emphasis supplied). Michele
Husak likewise notes:

> Don is always the first friend to offer help – be it moving furniture
> (large and heavy pieces from our garage to living room), designing
> and building websites (for my husband's business), or using his
> music business expertise (helping to promote a "friend of a
> friend's" band or explaining the record[ing] industry to a
> newcomer). *These are things that he willing volunteers to do*
> *without being asked or looking for a return favor.*

Ex. 9 (emphasis supplied); see also August 20, 2015 Letter of Linda Angstreich, attached as
Exhibit 15 ("Don has always been available when I needed help to carry, deliver or assist me. If
you reach out to him he is there").

Ceal Diamond praises: "Don is a good person and is always one to help out anyone in
need. He is there for his [f]amily and friends and I have seen this first-hand so many times. *If*
*you need help for any reason at all, he is there for you.*" August 26, 2015 Letter of Ceal
Diamond, attached as Exhibit 16 (emphasis supplied). Friend Bunny Brown conveys a similar
sentiment:

> I have had two major surgeries in the last three years and the one
> person that picked me up from the hospital and dropped me off to
> the hospital was Don. Don also drove me to get the stitches out
> after both surgeries[,] [a]nd he took care of my cat that he named
> Bowie. He has helped me with food shopping and taking me to
> and from ... checkups even well after the surgeries were completed.

August 24, 2015 Letter of Bunny M. Brown, attached as Exhibit 17; see also Ltr. of Christopher
Stewart, Ex. 11 ("He has ... taken care of my pet cat. He has allowed me to stay at his house
when I did not have a home. He has picked me up, taking time out of his busy life whenever I
need[ed] a ride anywhere").

When the property that Jerome Chambers and his family own in Jamaica was badly
damaged in a hurricane, Mr. Lichterman immediately came to offer his assistance, helping to
repair the facilities and aid in the care of Mr. Chambers' elderly and infirmed father:

JEFFREY LICHTMAN
Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 9

> He was of great help ... with fixing the property after the
> [h]urricane hit the island in 2012. My father was extremely ill at
> the time and Don was [a] great help in every regard. He helped
> with the hospice care. He listened patiently to my father and the
> nurses. He sat with them for long periods of time and listened. He
> ran errands for the nurses.

September 20, 2015 Letter of Jerome Chambers, attached as Exhibit 18.

Beyond just Mr. Chambers' praise, the submitted letters frequently note Mr. Lichterman's
aid to the elderly. Ray Gunther, for example, writes:

> I reside with my wife in an ... adult community where there are at
> least 75 elderly widows. As the elected president of the home
> owners' board of directors, I get calls daily from these women
> needing my help when things ... stop working .... Don is just a
> phone call away and always [is] happy to assist me when I need a
> hand, which is quite often. *I wish I could give you the exact*
> *number of the garage doors, garbage disposals, frozen pipes, leaky*
> *faucets, dead car batteries [and] ... windows and screens [that]*
> *Don has helped me repair or replace, but the truth is I've lost*
> *count ages ago.* While these may seem like insignificant repairs
> and acts of kindness to you and me, the piece of mind and security
> these women have knowing Don and I are there for them is
> priceless.

September 1, 2015 Letter of Ray Gunther, attached as Exhibit 19 (emphasis supplied); see also
August 19, 2015 Letter of Barbara Grossman, attached as Exhibit 20 ("Don is a friend that is
both kind and always available if you need any help"). Similarly, Linda Angstreich remembers
that when her "elderly mother-in-law was ... recovering from a procedure[,] Don made himself
available to be a driver for her[,] which was a major help .... [And] ][n]ot only did she appreciate
the help, she enjoyed his company ..,." Ex. 15. Further, of his nephew's "love and support"
following his cancer diagnosis, Jerold Lichterman recalls:

> He was there for me in the hospital after my surgery and was also a
> constant visitor to my home while recovering. His love and
> support was so sincere and unconditional. He only wanted to help
> in any way he could and his visits and wanting to help ... meant so
> much to me. *That is just how he has always been.*

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 10

August 27, 2015 Letter of Jerold Lichterman, attached as Exhibit 21 (emphasis supplied).

Furthermore, Mr. Lichterman's father, Mark, informs the Court that he has had "many health issues," and "Don [has been] the first one to be with [his] wife and [him] during ... hospital stays and recovery." Ex. 7. When he suffered a heart attack eight years ago, Mark notes that his son was at the "hospital daily and could never do enough ...." Id. Additionally, he notes: "When I had a long recovery at home Don was there daily to make sure I had anything that I needed and wasn't alone all day. When I was unable to drive for weeks Don made himself totally available to me." Id. Roz Lichterman confirms this account:

> There ha[ve] been several episodes in the past several years that put my husband in the ER and within minutes Don was by my side to be supportive for me and his father. Even as recent as last year he had another heart catheterization and Don sat with both of us in the hospital the entire day. My husband also has a disorder called Vasovagal which can occur suddenly and cause fainting as [his] blood sugar drops. This usually results in going to the ER for hydration. Again, we are never alone when this happens. Don is at the hospital with us and will not leave our sides. He is always there to make sure his father does not do anything physically that he shouldn't do and Don takes on that responsibility for him whether it is something that needs to be in our home or going into my husband's workplace.

Ex. 6.

In addition to aiding aging friends and family members, Mr. Lichterman has gone out of his way to help children – including those he has never met. Mr. Lichterman's neighbor, Lisa Hornick, provides a particularly touching and recent interaction with the defendant:

> Last Sunday morning, I ran into Mr. Lichterman while walking my two dogs when I told him about my eleven-year-old niece that was beginning [c]hemo [t]herapy that week. She has a rare cancer in her leg. Mr. Lichterman not only invited me out that evening to meet him for ... dinner ... he then dropped off many DVD's [of] popular children['s] films. In that same package were children['s] books ... CDs and ... more children['s] ... videos along with [l]earning [v]ideos that he had evidently released [through] his company over the past few years. He also left a note explaining that it was a small gift for my niece as a way to help her pass the

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 11

time she will be spending in the hospital over the next month. The
note itself was heartwarming.

October 11, 2015 Letter of Lisa Hornick, attached as Exhibit 22.

Melody Grewal, the mother of an autistic child who met Mr. Lichterman through his
online stores offers a similar account of his generosity:

> I have gotten to know Don Lichterman ever since the day I emailed
> him on his eBay Store and at his Amazon store about whether he
> would consider shipping me JUST one disc (Elmo Springtime Fun)
> that was being sold as part of large lot of DVD's for kids. I
> explained to him after he replied to me that my son is with autism
> and that he collects these Elmo's World DVD's. I also explained
> that the cover on his current copy ripped; and that he's pretty
> anxious for a replacement.
>
> *This wonderful person refused to accept money from me after I
> requested to be invoiced [by] Paypal and I also offered to pay him
> direct through Paypal.*
>
> After a few more days passed by, I received a large box filled with
> many children['s] ... books including ... Flik The Inventor, along
> with many children['s] ... DVD's such as the Noodlebug Series.
> Don spent over $21 ... for shipping ... to send this [box] up to my
> house. *He saved the day* as my son had a lot of anxiety and was so
> happy to get everything including the one DVD I had asked about
> buying in the first place.

October 13, 2015 Letter of Melody Grewal, attached as Exhibit 23 (emphasis supplied).

A Source of Advice and Support

Given Mr. Lichterman's helpful nature, it is perhaps unsurprising that many of his
friends indicate in their letters that they have looked to him as a source of support and "advice on
a myriad ... topics." Ltr. of Christopher Stewart, Ex. 11. First, Karen Gunther offers a heartfelt
account of Mr. Lichterman's immense help following the death of her son, Chad:

> Six years ago, my son Chad passed away tragically at the age of 28.
> Needless to say, I was devastated beyond words. Unbeknownst to

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 12

me, Don knew Chad and came to his funeral to say goodbye to his friend and to support my heartbroken family. After the funeral when everyone go[t] back to their busy lives, Don remained a devoted friend. *While others went out of their way to avoid me, Don went out of his way to reach out to me. Daily phone calls, visits, a note or a shared memory of Chad. Any gesture Don could think of to let me know he cared he did.* And not just for a week or a month. Every day, often several times a day, Don made sure I knew he cared. When he asked me how I was doing, he asked because he truly wanted to know and he listened. He cared and he showed it by his actions. *For six years, Don, or Donny as I call him, has been an important and daily constant in my life. Someone I know I can count on, always there to help, listen, talk, laugh and cry with.*

Your Honor, I don't know if you have children, but I'm sure you are much wiser beyond your years and you don't need me to tell you that a parent burying their child is just not supposed to happen and it is something that even the strongest person struggles with daily. A little over a year ago, it became too overwhelming for me and I attempted suicide. *Although the extended in-patient treatment was helpful, the biggest impact of my actions did not come from my husband, daughter, or parents, but from Donny.* The look in his eyes when he came to visit me, I am still not able to really accurately describe. What I thought was a look of pity and disgust in Donny's eyes, was really a deep seeded feeling of guilt that he had not only failed me, but my family also, and was solely responsible for my actions because he didn't do enough ... that he wasn't enough of a friend. Nothing could be further from the truth. *Donny has be[en] ... instrumental in the tremendous strides I have made since my suicide attempt. He is very easy to talk to and can always put issues I struggle with into perspective.*

Letter of Karen Gunther, attached as Exhibit 24 (emphasis supplied); see also Ltr. of Ray Gunther, Ex. 19 ("Don has been and continues to be a very important and integral member of our family. He ... continues to be a source of support, strength and encouragement").

In addition to her own grief, Karen Gunther writes that "the most profound way" the defendant helped her following the death of Chad has been with her relationship with her daughter, Ashley. Ex. 24. Specifically:

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 13

> Ashley ... has lived in Chad's shadow all of her life. Chad was out going, popular and athletic. From the age of five, Chad excelled at every sport he played. Ashley was the adoring little sister who looked up to her big brother and happily spent every weekend traveling to either baseball or ice hockey games and tournaments. After Chad died, I basically died too. Everything was before Chad or after. Donny was the only one who was able to make me understand that I was not the only one who suffered a tremendous loss. My husband buried a son and our daughter lost her brother. Donny was the one who had the courage to tell me that not living wasn't an option. *Although hard to hear, Donny was the one who made me understand my actions were telling my daughter that she didn't count and wasn't important enough for me to live for ....*

Id. (emphasis supplied); see also September 4, 2015 Letter of Jodi Paisner, attached as Exhibit 25 ("During college, our community suffered the tragic loss of a fellow student ... Don displayed a tremendous amount of empathy, shared his time and helped several of our friends and I process our grief").

Ashley Gunther confirms the defendant's adopted place in her family, and the support that he provided following the death of her brother:

> I met Don six years ago when he came to my brother's funeral to say goodbye to his friend and offer his deepest condolences to our shattered family. ... When family and friends returned to our home after Chad's funeral, Don came up to me and introduced himself. After chatting awhile over the next few days, we exchanged phone numbers and email addresses but I never really thought we would keep in touch. Upon returning home to Maryland, I got a call from Don on the first Sunday night I was alone. I had shared with Don during one of our conversations that Sunday nights were going to be the hardest for several reasons. Chad passed away on a Sunday night and that was our special night that we talked. Don wanted me to know he was thinking about me so he called to say hello and see how I was doing. Don and I have become extremely close so much that he is like a big brother to me. We talk often but it is the Sunday night calls I cherish the most. Don is a part of our family, happy to be celebrating holidays, birthdays and other happy milestones but he is the first one there in times of sadness, illness or tragedy. *God needed my brother home with him, but in return,*

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 14

> *God blessed me with a wonderful gift and his name is Don "Donny" Lichterman.*

September 2, 2015 Letter of Ashley Gunther, attached as Exhibit 26 (emphasis supplied).

Sharing this same sentiment, Christopher Stewart writes that Mr. Lichterman has "always [been] there for [him] whenever [needed]," recalling for the Court:

> Don has taken time out of his life to help guide me through decisions that affected my professional career. ... I trust his opinions and I value the efforts he has made for me .... I have asked for his input for something every day. ... And when I had troubles in my life, he was the first one there to take me to places like Miami and to Atlanta to help get me through it. He also set up all lodging, transportation and ticketing in both of those situations. *He is the one person I trust to help me out no matter what goes wrong.*

Ex. 11 (emphasis supplied); see also Ltr. of Jerold Lichterman, Ex. 21 ("I have had many family issues over the years both emotionally and physically and Don has always been there to help us get through the hurdles we have had to deal with"); Ltr. of Mark Liachowitz, Ex. 12 ("Don was ... there for me the day my father died a few years ago. .. He help[ed] ... [me] and my mother in particular who, at many parts of our life, thought of him as her own son").

Concerning the advice and support that she has received from her "rare and valuable friend," Jodi Paisner writes:

> I have learning disabilities [and] during college, I questioned my intelligence and my ability to continue my education often. I felt embarrassed and insecure, but was able to trust Don with my feelings and he was most encouraging. He helped me seek tutoring and I was able to graduate with a BA in psychology. I have since earned a JD and a MA in Counseling Psychology. I currently work as a psychotherapist and often rely on Don for encouragement and support when my work feels overwhelming. I believe this has helped me become a better therapist ....

Ex. 25. Ms. Paisner also notes in her letter the support that Mr. Lichterman has provided throughout the trials and tribulations of raising her daughter:

JEFFREY LICHTMAN
Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 15

> As a working mother, I experience conflict raising my 16 year-old
> daughter. I am aware that I lack the objectivity necessary to
> manage the challenges of raising an adolescent daughter. Knowing
> that Don is a friend I have always trusted and relied [up]on in
> difficult situations ... gives me confidence in seeking his counsel to
> understand how to become a better parent. *I often turn to him with*
> *the most sensitive, problematic issues my daughter [and] I struggle*
> *with and Don is always available to listen and offer objective,*
> *honest, nonjudgmental advice.*

Id. (emphasis supplied).

In addition to the above testimonials from friends, the artists that work with Mr. Lichterman's music label, Sunset, provide similar accounts of his advice, support and encouragement. Iulia Handrabur writes: "I was very impressed from the beginning by the way he was involved in his music company ... communicating in a very kind [and] sincere ... way without trying to compromise or hide anything from us. ... [H]e is a very kind man with a pure heart." August 19, 2015 Letter of Iulia Christina Handrabur, attached as Exhibit 27; see also August 25, 2015 Letter of Sunday Anthony Diayi and Daniel Monday Ntuen, attached as Exhibit 28 ("He is the one we trust in the music industry. He teaches us things. We depend on him with our lives"). Artist Emi Dei, who describes Mr. Lichterman as a "noble person that has helped [her] and [her] band members," confirms this high praise:

> He is a good person. He has always been kind and generous with
> others and with us. He has helped us in many ways deal with all
> aspects of the music industry. He has a strong sense of duty, which
> applies in with his job, family, community and with us. He was
> there for me in particular because when I was tied to a bad deal, he
> spent his time to help me find ways to rid of it.

August 18, 2015 Letter of Emi Dei, attached as Exhibit 29; see also August 29, 2015 Letter Kris Gamble, attached as Exhibit 30 ("He is always there for me on every level. He has fielded every question I have ever asked him ... and he is my go to person for any favor I ask").

Volunteerism

Another theme common to nearly all of the submitted letters is Mr. Lichterman's dedication to volunteerism, especially his efforts as an outspoken and staunch defender of animal

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 16

rights.[3] Founding the nonprofit Sustainable Action Network in 2008, he practices what he preaches, writing articles about animal cruelty and wildlife preservation for his blog, and simultaneously participating in the rescues of abused animals. See PSR at ¶ 59 & FN4; Ltr. of Christopher Stewart, Ex. 11 ("He ... set up a non-profit organization .... that works to promote awareness o[f] animal cruelty and the preservation of our environment"); September 18, 2015 Letter of Meagan Lohr, attached as Exhibit 31 ("organization aims to raise awareness about animal cruelty and environmental [conservation]").

Describing Mr. Lichterman as an "integral part of ... [animal] rescues from California to New Jersey," and who's "non-stop work [with] his blog helps raise awareness ... every day," Melissa Lewis of People for the Ethical Treatment of Animals ("PETA") praises that "[t]here is not a better spokesperson ... against animal cruelty." August 16, 2015 Letter of Melissa Lewis, attached as Exhibit 32. Further, Ms. Lewis adds: "He is always there to help. He never asks for money when the organization is willing to reimburse him for gas costs ... and for any costs relat[ed] to helping us." Id.

Sharon Lewis, who has witnessed Mr. Lichterman's "tireless[]" efforts to rescue animals and "defend[] wildlife" through the Sustainable Action Network, confirms this take:

> He recently had success in Michigan County and with the North Carolina Department of Agriculture and Consumer Services that has now banned gas chamber euthanasia of animals.
>
> This year, he helped free a bear that had been ... cage[d] for 18 years at an ice cream parlor in Pennsylvania. He is working hard to try to free "Tony [t]he Tiger" from a road side café in Louisiana and he has gotten the attention of the Governor Bobby Jindal.
>
> He has helped make great progress [with] banning circuses in the Netherlands, Peru, Iran and in Mexico. His campaigns ha[ve] secured government support in those countries and states. He has helped with stopping ... animal performances at circuses in the

---

[3] In addition to the submitted letters, the PSR indicates that Mr. Lichterman has been involved in numerous charitable and non-profit organizations, including: City of Hope; The TJ Martell Foundation; State Animal Council of California; Company of Angels; St. Mary's Retirement Home; Starting Point; PETA; Hope for PAWS; Wildlife Aid; Physician's Committee for Responsible Medicine; Animal Defense League Fund; and Defenders of Wildlife. PSR at ¶ 58.

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 17

> United States. He helped coordinate getting all of the elephants to
> sanctuar[ies] in the United States that have performed for Ringling
> Bros. He has also spearheaded a[n] ink cartridge campaign at t[he]
> Wild Animal Sanctuary in Kennesburg, Colorado ....
>
> ***
>
> *None of this would have been possible, let alone in the mainstream*
> *public eyes if it were not for Don. ... I have just scratched the*
> *surface about what [he] has done for the planet.*

August 25, 2015 Letter of Sharon Lewis, attached as Exhibit 33 (emphasis supplied).

Mr. Lichterman's friends and family have also witnessed his rescues and efforts to create awareness for animal rights. E.g., Ltr. of Roz Lichterman, Ex. 6 ("For years, he has dedicated his ... life to animal rights and animal welfare"); Ltr. of Michele Husak, Ex. 9 ("I have personally witnessed Don rescue kittens and dogs ... spending his last dime for food for hungry animals, and volunteering at animal shelters"). Neighbor Lisa Hornick notes: "I ... witnessed him climbing into the sewer in our neighborhood last year in order to rescue three newborn kittens. I ... also know[] [that he took] in a stray cat in our neighborhood after seeing [the] signs [that he] posted everywhere to help find its original home." Ex. 22. And George Yatrakis confirms: "He rescues animals and has put himself in precarious situations to rescue dogs .... there is nothing he would not do to help any animals." Ex. 14.

Mr. Lichterman's charity and volunteer efforts, however, are not constrained to just animal rescues and wildlife preservation. Mark Liachowitz writes:

> He has ... helped me, my mother and my sister-in-law coordinate
> the yearly event we do at [a] Philadelphia Phillies baseball game to
> raise awareness for brain cancer. My brother unfortunately died of
> it and his help with my mourning while also ... collecting all [the]
> money for [the barbecue] that is held in the lot at Citizens Bank
> Stadium is always welcomed.

Ex. 12. Similarly, Bunny Brown, who works for St. Mary's nursing home in Cherry Hill, New Jersey, praises: "Don ... dedicates time once a month and has donated clothing to my patients .... *This is invaluable for them* ...." Ex. 17 (emphasis supplied).

Further, Mr. Lichterman has dedicated much of his free time to coaching both a soccer team and a volleyball team that are part of the Special Olympics program in Lawrenceville, New

JEFFREY LICHTMAN

Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 18

Jersey – commitments that require multiple hours per week. See Letter of Bancroft School, attached as Exhibit 34. Roz Lichterman explains:

> Don has become involved in volunteer work with the Special
> Olympics [and is] now coaching both children and adults with
> special needs and is doing a remarkable job with this. They are so
> pleased ... and many of the parents of these special need[s] adults
> have remarked how well their "child" is responding to Don. *The
> staff ... could not be happier with what he is achieving ....*

Ex. 6 (emphasis supplied).

Furthermore, Mr. Lichterman has used his knowledge and experience in the entertainment industry to benefit others. For example, Cia Burton informs the Court:

> As recent as this week, he helped me finalize ... the rights and
> clearances for a Make-a-Wish video presentation. ... The video
> includes 3rd party music which required clearance and the person
> [who] made it happen [was] Don Lichterman. ... Don not only
> helped me with the label ... that ... granted [the] songs ... he also
> offered any of his sound recordings for the project. *He has taken
> the extra step trying to help out more than anyone I know.*

August 30, 2015 Letter of Cia Burton, attached as Exhibit 35 (emphasis supplied); see also Ltr. of Sunday Anthony Diayi and Daniel Monday Ntuen, Ex. 28 ("He had us do [a] new master song to help benefit the Bahrain Society for Children with Behavioral & Communication Difficulties. All [the] money go[es] to ... Children for Autism Awareness"); Ltr. of Melody Grewal, Ex. 23 ("produce[d], create[d] and set up a video online ... using his music that is entitled Celebration of Alia' ... for the Society for Children with Behavioral & Communication Difficulties").

JEFFREY LICHTMAN
Hon. John G. Koeltl
United States District Judge
January 8, 2015
Page 19

### Remorse

Finally, several of the submitted letters note the sincere regret that Mr. Lichterman has expressed concerning his criminal conduct. Melody Grewal knows "from conversations ... that he is utterly despondent and ... embarrassed," (Ex. 23) and Sharon Lewis writes that "[h]e will never forgive himself." Ex. 33; see also Ltr. of Michele Husak, Ex. 9 ("I know that Don is very remorseful for his actions"). Meagan Lohr has also "spoken to [him] ... and [he has] expressed his severe regret over his wrong doings," (Ex. 31) and Mark Lichterman notes that his son "just cannot believe what he did." Ex. 7; see also Ltr. of Christopher Stewart, Ex. 11 ("He has expressed deep regret over his actions").

### E.    CONCLUSION

Defendant Don Lichterman comes before this Court asking for mercy. A life filled with extraordinary good deeds and hard work has been marred by criminal actions ████████████ ██████████████████████████ Nevertheless, as the powerful enclosed letters reveal, Mr. Lichterman is an uncommonly decent and giving man, and unlike many defendants, has made very sincere efforts to help family, friends and even animals in any way possible throughout his life. He is the rare defendant who has given so much when no one was watching, when he had no need to impress a judge deciding his fate. For these reasons and the others stated herein, a variance and a probationary sentence is respectfully requested.

Respectfully submitted,

Jeffrey Lichtman

cc:    Shawn Crowley, Esq.
       Assistant United States Attorney (by mail and ECF)